IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                                           CASE NO.: 1:05cr40-SPM

ROBERTO VALLE, et al.,

       Defendants.
_____/

## ORDER GRANTING MOTION TO JOIN

This cause comes before the Court on Defendant Roberto Valle's motion to join (doc. 216) Defendant Yunier Lima Suarez's motion to continue trial. Upon consideration, the motion to join (doc. 216) is granted. Trial as to Defendant Roberto Valle is continued to May 1, 2006 as provided by separate order (doc. 217).

DONE AND ORDERED this 29th day of March, 2006.

                    *s/ Stephan P. Mickle*
                    Stephan P. Mickle
                    United States District Judge