IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs. CASE NO.: 1:05cr40-SPM

ROBERTO VALLE and
LORENZO VALERA, et al.,

       Defendants.
_____/

## ORDER CONTINUING SENTENCING

For good cause shown, the motions to continue sentencing (docs. 399 and 340) are granted. The sentencing hearings for Defendants Valle and Valera are continued to 1:30 p.m. on November 6, 2006.

SO ORDERED this 25th day of September, 2006.

           *s/ Stephan P. Mickle*
           Stephan P. Mickle
           United States District Judge