IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                      CASE NO: 1:05cr40-SPM

ROBERTO VALLE, et al,

        Defendant.
_____/

## PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE IS before the Court on the motion of the United States of America for a Preliminary Order Of Forfeiture. Being fully advised in the premises, the Court finds:

1. On November 15, 2005, a Federal Grand Jury sitting in the Northern District of Florida issued a Superseding Indictment against Defendant.

2. The Indictment charged the Defendant with violations of Title 21, United States Code, Sections 841 and 846.

3. The Indictment included a Forfeiture Count, pursuant to Title 21, United States Code, Section 853.

4. On July 6, 2006, the Defendant entered into a Plea And Cooperation Agreement in which he agreed to forfeit to the United States of America his interest in the following:

A.  *Real Property, including all improvements thereon and appurtenances thereto, located at (REDACTED), Branford, Florida, more particularly described as the South Half of the Southwest Quarter (S1/2 of SW 1/4); the Westerly 80 feet of the North Half of the Southwest Quarter; and the East 20 feet of the West 100 feet of the Northwest Quarter of the Southwest Quarter, all lying and being in Section 8, Township 7 South, Range 15 East, Gilchrist County, Florida.*

**TOGETHER WITH a 1988 Double Wide MERI Mobile Home, I.D. #DM264B24654A and B.**

**AND TOGETHER WITH a 1996 Single Wide VALU Mobile Home, I.D. #GAFLT39A06741V421.**

B.  Real Property, including all improvements thereon and appurtenances thereto, located at (REDACTED), Fort White, Florida, more particularly described in Exhibit A.

C.  Real Property, including all improvements thereon and appurtenances thereto, located at (REDACTED), Miami, Florida, more particularly described as the South ½ of the East ½ of Tract 8, South Kendall Section B, according to the plat thereof, as recorded in Plat Book 28, Page 57, of the Public Records of Miami-Dade County, Florida.

D.  Real Property, including all improvements thereon and appurtenances thereto, located at (REDACTED), Homestead, Florida, more particularly described as Lot 3, Block 7, Floridian Isles, according to the plat thereof, as recorded in Plat Boot 161, at Page 28, of the Public Records of Miami-Dade County, Florida.

E.  Real Property, including all improvements thereon and appurtenances thereto, located at (REDACTED), Homestead, Florida, more particularly described as Lot 2, Block 7, of Floridian Isles, according to the plat thereof, as recorded in Plat Book 161, Page 28, of the Public Records of Miami-Dade County, Florida.

F.  Real Property, including all improvements thereon and appurtenances thereto, located at (REDACTED), Miami, Florida, more particularly described as Lot 2, Block 26, of Egret Lakes Estates, Section 2, according to the plat thereof, as recorded in Plat Book 159, Page 54, of the Public Records of Miami-Dade County, Florida.

    **G.**    **Real Property, including all improvements thereon and appurtenances thereto, located at (REDACTED), Wellington, Florida, more particularly described in Exhibit B.**

    **H.**    **Real Property, including all improvements thereon and appurtenances thereto, located at (REDACTED), Miami, Florida 33174, more particularly described as Unit No. 228, Apartment Type C, Building North of SOUTH WINDS CONDOMINIUM (WEST) according to the Declaration of Condominium thereof, as recorded in Official Record Book 8739 at Page 943 of the Public Records of Miami-Dade County, Florida, together with an undivided interest in the common elements appurtenant thereto and all amendments thereto as set forth in said Declaration.**

    **I.**    **Real Property, including all improvements thereon and appurtenances thereto, located at (REDACTED), Miami, Florida 33194, more particularly described as Lot 32, in Block 39, of GRAND LAKES PHASE II, according to the plat thereof, as recorded in Plat Book 159, at Page 68, of the Public Records of Miami-Dade County, Florida.**

    **J.**    **$9,514.00 U.S. Currency**

**ORDERED, ADJUDGED and DECREED** that based on the foregoing, the Defendant's interest in the above properties is hereby forfeited to the United States pursuant to the provisions of Title 21 United States Code, Section 853:

**ORDERED, ADJUDGED and DECREED** that in accordance with the law, the United States shall cause to be published at least once, in a newspaper of general circulation, notice of this Order, notice of its intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the aforementioned property must file a petition with the Court within thirty (30) days of the final publication of the notice or receipt of actual notice, whichever is earlier. The United States shall:

1.  State in the notice that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought; and

2.  To the extent practicable, provide direct written notice to any person known to have an alleged interest in the property that is subject of the Preliminary Order Of Forfeiture, as a substitute for published notice as to those persons so notified. It is further

**ORDERED, ADJUDGED and DECREED** that upon adjudication of all third party interests, this Court will enter a Final Order in which all interests will be addressed.

DONE AND ORDERED this <u>7th</u> day of <u>November</u>, 2006, at Gainesville, Florida.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

Case No. 1:05cr40-SPM